UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
OCT 3 1 2014
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CLAYTON G. WALKER, | CIV 14-5062 |
| Plaintiff, | |
| vs. | JUDGMENT |
| JASON GANT, Secretary of State; MARTY JACKLEY, Attorney General; and SOUTH DAKOTA, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Order filed on this day with the Clerk,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's request for injunctive relief (Doc. 1, 23) is denied; and Defendant's Motion to Dismiss (Doc. 15) is granted.

Dated this 31st day of October, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By_____
Deputy